IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION


| | | |
|---|---|---|
| DORA WILSON | § | |
| v. | § | CIVIL ACTION NO. 6:04cv441 |
| COMMISSIONER, SSA | § | |


ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration.  The Report and Recommendation recommends that the complaint be dismissed with prejudice.  Plaintiff has not filed written objections to the Report and Recommendation.  The Court therefore concludes that the findings and conclusions of the Magistrate Judge are correct and are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **DISMISSED** with prejudice.  Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 15th day of December, 2005.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**